# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————

No. 97-30687
Summary Calendar

———————

JERRY EDWARDS,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-9-T

———————————————————————

August 4, 1998

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:*

     Jerry Edwards appeals from a judgment affirming the decision of the Commissioner of Social

Security denying his claim for disability insurance benefits. The Commissioner applied the proper

legal standards in denying Edwards disability insurance benefits. See 20 C.F.R. § 404.1520 (1995);

Leggett v. Chater, 67 F.3d 558, 563 n.2 (5th Cir. 1995). A review of the record reflects substantial

evidence supporting the Commissioner's decision. See Ripley v. Chater, 67 F.3d 552, 555 (5th Cir.

———————————————

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

1995).  Even assuming this court had jurisdiction to review Edwards' arguments that the Administrative Law Judge's hypothetical to the vocational expert was flawed, the arguments lack merit.  See Paul v. Shalala, 29 F.3d 208, 210 (5th Cir. 1994); Bowling v. Shalala, 36 F.3d 431, 435-36 (5th Cir. 1994).

AFFIRMED.